UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MCKINLEY MORTGAGE CO. LLC; et al.,<br><br>    Defendants. | Case No. 2:18-cv-00616-MCE-CMK<br><br>ORDER GRANTING MOTION OF INDEPENDENT MANAGER/MONITOR, KRISTA L. FREITAG, FOR ORDER: (1) APPROVING MONITOR'S RECOMMENDED TREATMENT OF CLAIMS; (2) ESTABLISHING CERTIFICATION BAR DATE NOTICE; (3) APPROVING DISTRIBUTION METHODOLOGY; AND (4) APPROVING DISTRIBUTION PLAN<br><br>Date: May 14, 2020<br>Time: 2:00 p.m.<br>Ctrm: 7<br>Judge Hon. Morrison C. England |

Before this Court is the Motion of Krista L. Freitag (the "Monitor"), who has been engaged through E3 Realty Advisors, Inc. to serve the Independent Manager and Monitor for Defendants McKinley Mortgage Co. LLC, McKinley Mortgage Company, LLC, and their respective subsidiaries and affiliates, including but not limited to Alaska Financial Company III LLC and Alaska Financial Company2, LLC (collectively, the "Monitorship Entities"), for an order from this Court:

(1) Approving Monitor's Recommended Treatment of Claims; (2) Establishing Certification Bar Date Notice; (3) Approving Distribution Methodology; and (4) Approving Distribution Plan.  Attached hereto as <u>Exhibit A</u> is the proposed Certification Bar Date Notice, and, as <u>Exhibit B</u>, the Proposed Distribution Plan of Independent Manager and Monitor, Krista Freitag (the "Distribution Plan").

As detailed in the Motion, the Distribution Plan provides for the distribution of both money recovered by the Securities and Exchange Commission (the "SEC Funds") and money independently recovered by the Monitor (the "Monitorship Funds").  By this Motion, the Monitor seeks to confirm the procedures to establish the allowed amount of each claim for reimbursement of payment against the Entities, as well as approval of the Distribution Plan by which the SEC Funds and Monitorship Funds will be paid to those investors and creditors with allowed claims.  No opposition to Defendant's Motion has been submitted.

Having considered Monitor's Motion, and good cause appearing therefor,

1. The Monitor's Motion is GRANTED, in its entirety;

2. The proposed claims allowance process, including but not limited to the provisions for notice, the Certification Bar Date Notice, and the Investor Claim Certification and Trade Creditor Claim Certification Forms, are approved;

3. The Monitor's proposed methodology for calculating claim amounts and distributions, and specifically, the "Money In-Money Out" and Rising Tide methodologies as set forth in the Memorandum of Points and Authorities and Distribution Plan are approved; and

4. The Distribution Plan is approved.

IT IS SO ORDERED.

Dated:  June 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE