UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MCKINLEY MORTGAGE CO. LLC et al.,<br><br>Defendants. | Case No. 2:18-cv-00616-MCE-CMK<br><br>ORDER GRANTING REQUEST TO SUBSTITUTE DOCUMENTS<br><br>Ctrm:   7<br>Judge Hon. Morrison C. England |

The Request to Substitute Documents submitted by Krista L. Freitag, engaged through E3 Realty Advisors, Inc. to serve as the Independent Manager/Monitor (the "Monitor") for Defendant McKinley Mortgage Co. LLC, McKinley Mortgage Company, LLC, and their respective subsidiaries and affiliates, in connection with her recently filed Motion for Order Authorizing and Approving Sale of Loan Portfolio, Free and Clear of Liens and Encumbrances (the "Motion") [ECF No. 22, *et seq.*], having been considered by this Court and good cause appearing therefor, this Court ORDERS as follows:

1. The Monitor's Request to Substitute Documents is GRANTED; and

2. The Amended Proof of Service attached as **Exhibit A** to the Monitor's Request to Substitute Documents SHALL BE SUBSTITUTED in the Court's record

1196263.01/LA

1  for ECF. No. 22-4 (the original proof of Service filed in connection with the
2  Monitor's Motion), including on the Court's publicly available docket.
3      IT IS SO ORDERED.
4  Dated:  June 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE