UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MCKINLEY MORTGAGE CO. LLC; et al.,<br><br>Defendants. | Case No. 2:18-cv-00616-MCE-CMK<br><br>**ORDER GRANTING UNOPPOSED MOTION OF INDEPENDENT MANAGER/MONITOR, KRISTA L. FREITAG, FOR ORDER: (1) APPROVING MONITOR'S RECOMMENDATIONS REGARDING ALLOWED AND DISALLOWED CLAIMS; (2) APPROVING MONITOR'S RECOMMENDATIONS REGARDING DISPUTED CLAIMS; AND (3) AUTHORIZING INTERIM DISTRIBUTION PURSUANT TO DISTRIBUTION PLAN**<br><br>Date:  December 3, 2020<br>Time:  2:00 p.m.<br>Ctrm:  7<br>Judge Hon. Morrison C. England |

Before this Court is the Motion (ECF No. 31) of Krista L. Freitag (the "Monitor"), who has been engaged through E3 Realty Advisors, Inc. to serve the Independent Manager and Monitor for Defendants McKinley Mortgage Co. LLC, McKinley Mortgage Company, LLC, and their respective subsidiaries and affiliates, including but not limited to Alaska Financial Company III LLC and Alaska Financial Company2, LLC (collectively, the "Monitorship Entities"), for an order

1224873.01/LA

from this Court: (1) Approving Monitor's Recommendations Regarding Allowed and Disallowed Claims; (2) Approving Monitor's Recommendations Regarding Disputed Claims; and (3) Authorizing Interim Distribution Pursuant to Distribution Plan ("Motion").  The Monitor's Motion is accompanied by three (3) exhibits, identified as Exhibits A, B, and C, each of which is incorporated herein by reference.  <u>Exhibit A</u> is a chart reflecting the Monitor's recommendations regarding those claims against the Monitorship Entities recommended for allowance ("Allowed Claims"), including the amounts proposed for distribution to claimants with Allowed Claims.  <u>Exhibit B</u> and <u>Exhibit C</u> are the Monitor's respective lists of disallowed and disputed claims and reflect the Monitor's recommendations with regard to each.   No opposition to the Motion has been filed.  ECF No. 36.

As detailed in the Motion, the Monitor also seeks to make a distribution of funds recovered by the Securities and Exchange Commission (the "SEC Funds"), and an interim distribution of funds money independently recovered by the Monitor (the "Monitorship Funds") in accordance with the Monitor's proposed distribution plan (the "Distribution Plan").  The proposed distribution amounts are reflected on <u>Exhibit A</u>.

The Monitor has met and conferred with the Plaintiff Securities and Exchange Commission, which does not object to the Motion.  Opposition to the Motion and any oral arguments made before this Court are reflected in the records of the District Court.

Having considered Monitor's Motion and having found that good and proper notice has been provided, and good cause appearing therefor,

1. The Monitor's Motion is GRANTED, in its entirety;

2. The list of proposed Allowed Claims, as reflected in <u>Exhibit A</u> to the Motion, approved;

3. The Monitor's recommendations concerning the disallowed claims identified in <u>Exhibits B</u> to the Motion are approved and such claims are hereby denied.

4. The claims of the Schnurr Entities, as the phrase "Schnurr Entities" is defined in the Motion, including but not limited to those claims reflected in the lawsuit pending in the District Court for the 45th Judicial District, Bexar County, Texas, in Case No. 21017CI23463, are denied.

5. The Monitor is authorized to make the distributions to the holders of Allowed Claims identified in <u>Exhibit A</u> to the Motion, in accordance with her recommendations to this Court and the terms and conditions of the Distribution Plan.

**IT IS SO ORDERED.**

Dated:  April 12, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE