# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MCKINLEY MORTGAGE CO. LLC et al.,<br><br>Defendants. | Case No. 2:18-cv-00616-MCE-DMC<br><br>ORDER GRANTING EX PARTE APPLICATION OF INDEPENDENT MANAGER/MONITOR FOR ORDER AUTHORIZING AND APPROVING SETTLEMENT AGREEMENT<br><br>Ctrm: 7<br><br>Judge Hon. Morrison C. England |

On February 28, 2022, Krista L. Freitag, the Independent Manager and Monitor (the "Monitor") for Defendant McKinley Mortgage Co. LLC, McKinley Mortgage Company, LLC, and their respective subsidiaries and affiliates (collectively, the "Monitorship Entities") filed an *Ex Parte* Application for Order Authorizing and Approving Settlement Agreement ("Application") with this Court. ECF No. 41.  Thereafter, on March 31, 2022, Ms. Freitag filed of Notice of Receipt of Non-Opposition (ECF No. 44) advising the Court that no parties to the above-

4885-8119-1440.1

entitled action, nor any otherwise interested parties, had filed responses or oppositions to said Application.

Having reviewed the Application, the Notice of Non-Opposition thereto, and good cause appearing, this Court ORDERS as follows:

1. The Application is GRANTED, in its entirety;

2. The Complete and Permanent Release and Settlement Agreement ("Settlement Agreement"), appended as **Exhibit B** to the Declaration of Krista L. Freitag, submitted in support of the Application and in her capacity as Monitor, is APPROVED;

3. The Monitor and any Monitorship Entities who are parties to the Settlement Agreement are AUTHORIZED to perform their respective obligations under the Settlement Agreement.

IT IS SO ORDERED.

Dated:  April 28, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE