ALLEN J. BADEN (BAR NO. 255,805)
BADEN LAW FIRM
5646 Milton Street, Suite 226
Dallas, TX 75206-3999
Phone: (469) 677-7750
Email: allen@baden.law

Attorney for Nonparty Gregory W. Schnurr

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** §§§<br>*Plaintiff*, §<br>§ **CASE NO. 2:18-cv-00616-MCE-CMK**<br>*v*. §§<br>**MCKINLEY MORTGAGE CO. LLC,** §<br>*et al.*, §§<br>*Defendants*. § | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION OF INDEPENDENT MANAGER/ MONITOR FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**

Presently before the Court is a Motion for Leave to File Opposition to Motion of Independent Manager/Monitor for Order to Show Cause Re: Civil Contempt filed by nonparty Gregory W. Schnurr ("Movant"). ECF No. 52. That Motion is GRANTED. Not later than five (5) days following the date this Order is electronically filed, Movant is directed to electronically file his Opposition. Not later than fourteen (14) days following the date that Opposition is electronically filed, Independent Manager and Monitor Krista L. Freitag may, but is not required to, file a Reply.

///

///

///

///

The parties are advised that the Court is particularly interested in the parties' discussions regarding whether this Court has personal jurisdiction over Movant and whether Movant is bound by this Court's judgment in this case, ECF No. 8.

    IT IS SO ORDERED.

Dated: December 13, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE