|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:18-cv-00616-MCE-CMK |
|---|---|
| Plaintiff, | ORDER ON MOTION OF INDEPENDENT MANAGER/MONITOR FOR ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT |
| vs. |  |
| MCKINLEY MORTGAGE CO. LLC; et al., |  |
| Defendants. |  |

The Motion for Order to Show Cause Re: Civil Contempt (the "Motion") of Krista L. Freitag (the "Monitor"), the Independent Manager and Monitor for Defendants McKinley Mortgage Co. LLC, McKinley Mortgage Company, LLC, and their respective subsidiaries and affiliates in the above-entitled action, having been considered by this Court and good cause appearing therefor, this Court ORDERS as follows:

    1.    The Monitor's Motion is GRANTED;

    2.    The Court finds that is has jurisdiction over non-party Gregory W. Schnurr ("Mr. Schnurr") for the purposes of the Motion; and

///

///

4891-0298-9190.1

3. Mr. Schnurr is ordered to show cause ("OSC") on or before August 23, 2024, why he should not be sanctioned for ongoing and willful violations of this Court's March 27, 2018 Final Judgment as to Defendants McKinley Mortgage Co. LLC, McKinley Mortgage Company, LLC, and Tobias J. Preston (ECF No. 8), pursuant to which the Monitor was engaged. Any opposition to the response to the OSC shall be filed not later than fourteen (14) days following the electronic filing of the response. Any reply shall be filed seven (7) days thereafter.

IT IS SO ORDERED.

Dated: August 1, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE